# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>FACEBOOK USER ID "www.facebook.com/people/<br>Nick-Cutbirth/100012319623528"<br>more fully described in Attachment A. | ) ) ) ) ) ) ) Case No. 18-SW-3036-DPR |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

In the matter of the search of: information associated with facebook user ID www.facebook.com/people/Nick-Cutbirth/100012319623528 that is stored at premises controlled by Facebook Inc.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachemnt B.

☑ **YOU ARE COMMANDED** to execute this warrant on or before _June 13, 2018_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____David P. Rush_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _5/30/18 at 11:35 a.m._
*Judge's signature*

City and state: _Springfield, Missouri_   David P. Rush, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 779040-18-0088 | 5/30/2018 12:15 pm | Facebook Law Enforcement Response Team |

Inventory made in the presence of: SA Brian Fox

Inventory of the property taken and name of any person(s) seized:

Content pertaining to account www.facebook.com/people/Nick-Cutbirth/1000123196235228

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/2018

Colleen Peery
*Executing officer's signature*

Colleen Peery ATF SA
*Printed name and title*